BRUCE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 30, 1901.) No. 1,538. In Error to the District Court of the United States for the District of Wyoming. Willard Teller (Mr. Clayton C. Dorsey, on the brief), for plaintiff in error. Timothy F. Burke, for defendant in error. Before SANBORN and THAYER, Circuit Judges, and ADAMS, District Judge.

ADAMS, District Judge. Bruce, plaintiff in error, was an employé of John C. Teller, engaged in the work of cutting timber for him under the circumstances disclosed in the case of Teller v. U. S. (decided at this term of court) 113 Fed. 273. This case was argued with that, and submitted on the same briefs. No facts or principles are invoked in behalf of Bruce other or different from those urged in favor of Teller. Accordingly, the judgment of the trial court sentencing him to pay a fine of $500 is, on the authority of Teller v. U. S., supra, affirmed.

---

BRYAN et al. v. HUNTINGTON. (Circuit Court of Appeals, Fourth Circuit. February 10, 1902.) No. 283. Appeal from the Circuit Court of the United States for the District of West Virginia, at Parkersburg. Z. T. Vinson and W. K. Cowden, for appellants. Maxwell Evarts and F. B. Enslow, for appellee. Before SIMONTON, Circuit Judge, and MORRIS and BOYD, District Judges.

PER CURIAM. Considering the assignments of error in this case and the arguments of counsel thereon, it is ordered the appeal be dismissed, and the decree of the circuit court affirmed. The reasons for this action will be filed hereafter.

---

THE C. D. BRYANT. (Circuit Court of Appeals, Ninth Circuit. February 21, 1902.) No. 769. Appeal from the District Court of the United States for the District of Hawaii. Andrews, Peters & Andrade, for appellant. Nathan H. Frank and Kinney, Ballou & McClanahan, for appellees. Upon application of counsel for appellant, and upon motion of N. H. Frank, appeal ordered dismissed.

---

CENTRAL TRUST CO. et al. v. RICHMOND & D. R. CO. Appeal of GOODSON. (Circuit Court of Appeals, Fourth Circuit. November 9, 1901.) No. 406. Appeal from the Circuit Court of the United States for the Western District of North Carolina, at Asheville. Charles A. Moore, for appellant. Charles Price, for appellee. Order of the circuit court set aside, and remanded, with directions to the lower court to reinstate petition, with costs to petitioner.